AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Antonio ALVAREZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  5:14mj1340<br>)<br>)<br>)<br>) |

OCT 20 2014

David J. Bradley, Clerk
Laredo Division

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/17/2014__ in the county of __Webb__ in the
__Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Sec. 841 (a)(1) and 846 | Knowingly and unlawfully possess with the intent to distribute a controlled substance, listed under Schedule II of the Controlled Substance Act, to wit; approximately 18.5 kilograms of methamphetamine. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Ryan Baker
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/20/2014__

*Judge's signature*

City and state: __Laredo, Texas__    U.S. Magistrate Judge Song Quiroga
*Printed name and title*

On October 17, 2014, at approximately 9:20 a.m., a silver Mazda Tribute approached the U.S. Border Patrol (USBP) IH-35 Checkpoint, located approximately 29 miles north of Laredo, Texas. The driver of the silver Mazda Tribute, who was later identified as Jose Antonio ALVAREZ, stated to the USBP Agent working at the primary inspection lane that he was a United States Citizen and presented his Texas Identification Card and Birth Registration Card. The USBP Agent noticed that as ALVAREZ was presenting these documents that he appeared extremely nervous to the point that his hand was shaking. A USBP Agent canine handler conducted a canine inspection and the service canine alerted to the presence of narcotics and/or concealed humans. At this time the ALVAREZ was instructed to proceed to the secondary inspection area. While at the secondary inspection area, the service canine alerted to the rear driver's side fender of the vehicle. A fiber optic scope was used to look inside the gas tank, and the USBP Agent canine handler noticed a bright blue color on several parts of the gas tank which were inconsistent with typical gas tanks. At that point, the vehicle was scanned by the Vehicle and Cargo Inspection System (VACIS). After a non-intrusive VACIS scan was completed, anomalies in the gas tank of the vehicle were detected. As the USBP Agent was informing ALVAREZ that they were going to get a mechanic to search the vehicle, ALVAREZ recanted his story which he had told USBP Agents about going to his aunt's house for a visit and informed the USBP Agent that he did not know what was in the vehicle and that he was going to get paid $2000.00 dollars to drop off the vehicle in Dallas, Texas. ALVAREZ was then placed in the holding area of the checkpoint. USBP Agents found a total of 15 PVC canisters containing methamphetamine which weighed approximately 18.5 kilograms.

DEA Agents responded to the checkpoint and conducted the follow up investigation. ALVAREZ was advised of his Miranda Rights by DEA Agents and agreed to answer questions. During the interview, ALVAREZ stated that he had traveled to Nuevo Laredo, Tamaulipas, Mexico that morning from Laredo, Texas. He stated that at approximately 7:00 a.m., he received the silver Mazda Tribute from someone he only knew as "Alejandra." ALVAREZ told DEA Agents that he asked "Alejandra" if there were drugs in the vehicle, but she told him no. However, ALVAREZ admitted to DEA Agents that he believed there something was suspicious in the vehicle. ALVAREZ told DEA Agents that he was paid $300.00 dollars for travel expenses when he received the vehicle and was told by "Alejandra" to drive it to Dallas, Texas. ALVAREZ stated that he was going to be paid a total of $2000.00 dollars. DEA Agents received consent from ALVAREZ to search his phone and his Facebook account, and they found ALVAREZ had sent messages to "Alejandra" on Facebook messaging her that he crossed into the United States, and she told him to call her once he crossed the checkpoint.

ALVAREZ was placed under arrest and charged with knowingly and unlawfully possess with the intent to distribute a controlled substance, listed under Schedule II of the Controlled Substance Act, to wit; approximately 18.5 kilograms of methamphetamine.